163 So. 667

## J. W. EVERETT v. STATE.

6 Div. 814.

Supreme Court of Alabama.

Oct. 17, 1935.

J. W. Everett, pro se.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of J. W. Everett for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Everett v. State, 26 Ala. App. 502, 163 So. 667.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.